CHAMBERS & CO. v. E. H. WALKER, Treasurer of Mecklenburg
County.

*County Convicts—Support of.*

*The Code,* Section 753, and Chapters 19 (Vol. 1) and 44 (Vol. 2), places the
support of county convicts upon the Board of County Commission-
ers ; Ch. 316, Acts of 1897, entitled an act to create a Board of Com-
missioners to manage and control the convict and road system of
Mecklenburg County, provides that " warrants for expenses on ac-
count of said system shall be paid by the County Treasurer out of
the 'special' funds in his hands for that purpose ; " *Held,* that the
support of the convicts of that county must be paid out of the
general county fund on orders of the County Commissioners, and
that the other " expenses and disbursements " of the system must
be paid out of the " special fund " for the purpose on orders of
the chairman of said system on the County Treasurer.

CIVIL ACTION, pending in MECKLENBURG Superior Court,
heard on case agreed before *Norwood, J.,* at Chambers, on
12th of April, 1897. His Honor rendered judgment for
the defendant and plaintiff appealed.

*Messrs. Jones & Tillett,* for plaintiffs (appellants).
*Messrs. Clarkson & Duls,* for defendant.

FAIRCLOTH, C. J.: This agreed case is before us for con-
struction of "An Act to create a Board of Commissioners
to Manage and Control the Convict and Road System of
Mecklenburg County," ratified on the 8th day of March,
1897. The question is whether the County Commissioners
are now liable for the support of the convicts to be paid
out of the "general county fund," or is the Convict Com-
mission liable for the support of the convicts to be paid out
of the "special fund" raised by taxation for road purposes.

We were furnished with no authorities on the question
and we suppose there are none. The only words in the

120—51

Act for us to look to are these: "The warrants for expenses and disbursements on account of said system shall be signed by the chairman and paid by the County Treasurer out of the *special* funds he has on hand for this purpose." The duty of supporting and caring for the county convicts is placed by the general law on the board of County Commissioners. *The Code*, Ch. 19, Vol. 1; *The Code*, Sec. 753; *The Code*, Ch. 44, Vol. 2.

Our conclusion is:

1. That the support of the convicts must be paid out of the general county fund, upon an order of the County Commissioners on the Treasurer.

2. That the other "expenses and disbursements" of the system must be paid out of the "special fund" for the purpose, upon an order of the chairman of said system drawn on the County Treasurer.

Affirmed.